IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )    CRIMINAL ACTION NO.
        v.                      )       2:25cr362-MHT
                                )          (WO)
BRITISH TREMAIN GEORGE          )

ORDER

Based on the representations made on the record on August 5, 2025, it is ORDERED that the motion to review the detention order (Doc. 31) is granted and the motion to reverse the detention order (Doc. 31) is under submission.

DONE, this the 8th day of August, 2025.

                        ___/s/ Myron H. Thompson___
                        UNITED STATES DISTRICT JUDGE